IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

IN RE:
                                              (Jointly Administered)

SUMMIT VIEW, LLC,               CASE NO. 8:09-bk-6495-MGW

ASHLEY GLEN, LLC,               CASE NO. 8:09-bk-13611-MGW

RIVERWOOD, LLC                 CASE NO. 8:09-bk-13612-MGW

    Debtors.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

    Pursuant to Bankruptcy Rule 2002, FLORIDA DESIGN CONSULTANTS, INC., a creditor and party in interest, requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest (Rules 2002(a), (b), and (c)), whether sent by the court, the debtor, or any other party in the case, be sent to the undersigned; and pursuant to Rule 2002(g), requests that the following be added to the court's master mailing list.

                              Michael C. Markham
                              Johnson, Pope, Bokor,
                              Ruppel & Burns, LLP
                              Post Office Box 1368
                              Clearwater, Florida  33757

DATED:  September 1, 2009.

                              __/s/ Michael C. Markham____
                              Michael C. Markham
                              Johnson, Pope, Bokor,
                              Ruppel, & Burns, LLP
                              P.O. Box 1368
                              Clearwater, FL 33757
                              (727)461-1818
                              FBN: 0768560
                              Attorneys for Florida Design
                              Consultants, Inc.

#500442 v1