IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

IN RE:
                                       (Jointly Administered)

SUMMIT VIEW, LLC,                CASE NO. 8:09-bk-6495-MGW

ASHLEY GLEN, LLC,                CASE NO. 8:09-bk-13611-MGW

RIVERWOOD, LLC                    CASE NO. 8:09-bk-13612-MGW

    Debtors.
_____/

**<u>OBJECTION TO MOTION TO APPROVE COMPROMISE OF CONTROVERSY</u>**

        Florida Design Consultants, Inc. ("FDC"), a creditor and party in interest, hereby objects to the Motion to Approve Compromise of Controversy by and between Summit View, LLC; Riverwood, LLC; JES Properties, Inc., Douglas J. Weiland and WDG Construction, Inc.; Including the Purchase of WDG Claim and Subcontractor Claims of Tampa Pavement Constructors, Inc., Creekside Nursery, Inc. and APAC-Southeast, Inc. and other Related Relief (Doc. 467 - the "Motion"), and states:

        1.    FDC has an allowed secured claim in the Summit View case in the amount of $317,441.57 based on a claim of lien against Summit View's real property.  Such lien has been affirmed by the confirmed plan in this case.

        2.    The compromise outlined in the Motion essentially permits an insider of the Debtors to become the largest creditor in the case other than Mercantile Bank.  During the chapter 11,

there was never any indication that the insider (Douglas Weiland) had the ability or willingness to basically infuse $200,000 into Summit View.  If the prospect of such an arrangement had been disclosed to the creditors, then the plan of reorganization may have looked substantially different. Under the plan as confirmed, insider JES Properties, Inc. waived any distribution under the plan.  Any newly proposed distribution to an insider under the auspices of a "compromise" should be carefully scrutinized.

3. In essence, the proposed compromise is a post-confirmation modification to the confirmed plan.  Such a modification must be reviewed under Section 1127(b) of the Bankruptcy Code after the proper disclosures to creditors.

4. In any event, the proposed compromise or plan modification must be without prejudice to the rights and claims of FDC.

Wherefore, FDC objects to the Motion.

    __/s/ Michael C. Markham____
Michael C. Markham
Johnson, Pope, Bokor,
Ruppel, & Burns, LLP
P.O. Box 1368
Clearwater, FL 33757
(727)461-1818
FBN: 0768560
Attorneys for Florida Design
Consultants, Inc.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished electronically upon all registered CM/ECF users in this case, on this 7th day of September, 2010.

_/s/ Michael C. Markham_____
Michael C. Markham

537476